# ROME, ARATA, BAXLEY & STELLY, L.L.C.

ATTORNEYS AND COUNSELORS AT LAW
3636 SOUTH I-10 SERVICE ROAD WEST
SUITE 310
METAIRIE, LOUISIANA 70001

C. PERRIN ROME, III ALSO ADMITTED IN D.C. AND PA.
BLAKE G. ARATA, JR.
BRISTOL A. BAXLEY ALSO ADMITTED IN TX
W. CHAD STELLY ALSO ADMITTED IN MS
JASON C. MACFETTERS

January 3, 2023

TELEPHONE (504) 522-9980
FACSIMILE (504) 522-9971
THIS WRITER'S E-MAIL:

wcstelly@romearata.com

**VIA ECF**
Honorable Jennifer L. Rochon
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

The request is GRANTED in part and DENIED in part. The request for an adjournment of the conference does not comply with the Court's rule that requests must be made at least two business days prior to an appearance, absent an emergency. Rochon Individual Rules of Practice in Civil Cases at 1(F). Notwithstanding this, the Court will adjourn the January 3, 2023 conference to **January 6, 2023** at **2:00PM**. The Court declines to hold the conference remotely as "good cause" has not been shown. *Id.* at 2(A).

RE: ***Michael Fleming-Scott v. National Railroad Passenger Corporation***
USDC-S.D.N.Y., Civil Action No.: 1:22-cv-8304-JLR
RABS File No.: 507-3648

Dated: January 3, 2023
New York, New York

SO ORDERED

*Jennifer Rochon*
JENNIFER L. ROCHON
United States District Judge

Your Honor:

As the record of this matter will bear, C. Perrin Rome, III, along with the undersigned, are Counsel for Plaintiff. While Kenneth Bordes is our "local counsel," Mr. Rome and the undersigned are most familiar with this case.

This matter is presently set for a Status Conference on January 4, 2023, at 10:30 a.m. Mr. Rome and the undersigned, however, will be traveling by air at that time and will be unavailable.

Thus, Plaintiff respectfully requests this Honorable Court issue an order briefly continuing and resetting the Status Conference, to be conducted via videoconference. Counsel for Defendant have been contacted and have advised Defendant has no objection to this Motion.

Notably, the parties have submitted a Joint Status Report, and the parties have exchanged Rule 26(a)(1) Disclosures.

We appreciate the Court's consideration.

With kind regards, I remain

Very truly yours,
**ROME, ARATA, BAXLEY & STELLY, L.L.C.**
*/s/ W. Chad Stelly*
**W. CHAD STELLY, ESQ.**

WCS/rr
Cc: Kenneth Bordes, Esq. (via electronic transmission)
John Bonventre, Esq. (via electronic transmission)
Mina Miawad, Esq. (via electronic transmission)
C. Perrin Rome, III, Esq. (via electronic transmission)