UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MICHAEL FLEMINGS-SCOTT,

                Plaintiff,

-against-

NATIONAL RAILROAD PASSENGER CORP.,

                Defendant.

Case No. 22-cv-08304 (JLR)

**ORDER**

JENNIFER L. ROCHON, United States District Judge:

    As stated on the record at the status conference on September 13, 2023, IT IS HEREBY ORDERED that the jury trial in this action shall commence on December 18, 2023, at 9:00 a.m. in Courtroom 20B of the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York, 10007.

    IT IS FURTHER ORDERED that the parties shall submit their Joint Pretrial Order, motions *in limine*, requests to charge, proposed voir dire questions, any pretrial memoranda of law, and all other material required by the Court's Individual Rules, no later than November 8, 2023. The parties shall file any opposition to the motions *in limine* no later than November 15, 2023. There shall be no reply briefs.

    IT IS FURTHER ORDERED that the parties shall appear remotely for a final pretrial conference on December 12, 2023, at 1:00 p.m. via Microsoft Teams.

Dated: September 13, 2023
       New York, New York

SO ORDERED.

*Jennifer Rochon*
JENNIFER L. ROCHON
United States District Judge